NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FERRING B.V.,**
*Plaintiff-Appellee,*

v.

**WATSON LABORATORIES, INC. - FLORIDA,**
*Defendant-Appellant,*

AND

**APOTEX, INC., APOTEX CORP.,**
*Defendants.*

---

2014-1416

---

Appeal from the United States District Court for the District of Nevada in Nos. 3:11-cv-00481-RCJ-VPC, 3:11-cv-0045-RCJ-VPC, 3:11-cv-00853-RCJ-VPC, 3:11-cv-00854-RCJ-VPC, 3:12-cv-01953-RCJ-VPC, and 2:12-cv-01941-RCJ-VPC, Judge Robert Clive Jones.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Ferring B.V. moves to stay the briefing schedule pending the district court's entry of findings of fact and conclusion of law. Watson Laboratories, Inc.-Florida filed a response.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

May 12, 2014  /s/ Daniel E. O'Toole
Date     Daniel E. O'Toole
       Clerk of Court